IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY FRANK TILLERY, JR., #177879, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:22-cv-121-ECM |
| | ) |
| ROLANDA CALLOWAY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On December 13, 2024, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 15) is ADOPTED;

2. The Petitioner's 28 U.S.C. § 2254 petition (doc. 1) is DENIED without an evidentiary hearing;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 10th day of January, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE